December 4, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

TONY C. OGANSOY AND KELLY S. OGANSOY, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF JETT AYDIN OGANSOY, Appellants

NO. 14-12-00749-CV                                V.

THE CITY OF HOUSTON, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on May 18, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Tony C. Ogansoy and Kelly S. Ogansoy, Individually and as Representatives of the Estate of Jett Aydin Ogansoy.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.